Opinion issued February 10, 2011

     



 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00036-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE NEWTON B. SCHWARTZ, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 

 



MEMORANDUM OPINION [1]

 

On January 13, 2011, relator, Newton
B. Schwartz, filed a petition for writ of mandamus, or alternatively, a writ of
prohibition.  On January 24, 2011,
relator moved to dismiss the petition for writ of mandamus, stating that
relator no longer desires to pursue mandamus relief.  No opinion has issued.

Accordingly, we grant relator’s
motion.  The petition for writ of
mandamus is dismissed.

      

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Bland and Alcala. 











[1]           The
underlying case is Commission for Lawyer Discipline v. Newton B. Schwartz,
Sr., No. 2007-54957 in the 157th
District Court of Harris County.  The
Honorable David Brabham was appointed to sit for the underlying case.